Fax Filed 4-22-22

FILED
CLERK OF EIGHTH
JUDICIAL DISTRICT

8TH JUDICIAL DISTRICT COURT FOR THE PARISH OF WINN   22 APR 26  AM 11: 57

STATE OF LOUISIANA

NO: 46944                        DIVISION "   "                BY:_____CLERK
                                                              WINN PARISH, LA
                                                              DOCKET NO.

RAMONA HARRELL

Versus

NAUTILUS INSURANCE COMPANY
KWIK CHECK OF WINNFIELD, INC. D/B/A THE WINNFIELD,
EMBERS RESTAURANT OF LOUISIANA, INC. AND
XYZ INSURANCE COMPANY

FILED: _____        _____

                                                    DEPUTY CLERK

## PETITION FOR DAMAGES

THE PETITION of **RAMONA HARRELL**, a person of the full age of majority and domiciled in the State of Minnesota, respectfully represents that:

I.

Made defendants herein are:

1. **NAUTILUS INSURANCE COMPANY,** a foreign insurer, authorized to do and doing business in the State of Louisiana;

2. **KWIK CHECK OF WINNFIELD, INC. D/B/A THE WINNFIELD,** a domestic corporation, authorized to do and doing business in the State of Louisiana;

3. **EMBERS RESTAURANT OF LOUISIANA, INC.**, a domestic corporation, authorized to do and doing business in the State of Louisiana;   and

4. **XYZ INSURANCE COMPANY**, a yet unknown and unnamed insurance company, whose proper identity and domicile will be made known through discovery and supplemented herein upon information;

II.

Defendants are liable unto your petitioner, jointly, severally, and in solido, for reasonable damages, for the following to wit:

III.

On or about the 9th day of May, 2021, at approximately 12:00 p.m., petitioner, **RAMONA HARRELL,** was a patron at Defendant, **KWIK CHECK OF WINNFIELD, INC. D/B/A THE WINNFIELD** and/or Defendant, **EMBERS RESTAURANT OF LOUISIANA, INC.,** located



at 700 West Court Street, Winnfield, Louisiana 71483, in the Parish of Winn, State of Louisiana. As Petitioner walked from the lobby of one part of the building into the restaurant part of the building through a closed door and with limited lighting, she fell onto the floor causing serious injuries and damages.

IV.

At all relevant times material hereto, the Defendant, **KWIK CHECK OF WINNFIELD, INC. D/B/A THE WINNFIELD,** were the legal and proper owner(s) of the property located at 700 West Court Street in Winnfield, Louisiana, and/or leased or rented the space for the restaurant of Defendant, **EMBERS RESTAURANT OF LOUISIANA, INC.** which was joined at the area of Petitioner's fall.

V.

At all relevant times material hereto, the Defendant, **EMBERS RESTAURANT OF LOUISIANA, INC.,** were the legal and proper owner(s) of the property located at 700 West Court Street in Winnfield, Louisiana and/or leased or rented the space for their business from the Defendant, **KWIK CHECK OF WINNFIELD, INC. D/B/A THE WINNFIELD**, which was joined at the area of Petitioner's fall.

VI.

Defendants, **KWIK CHECK OF WINNFIELD, INC. D/B/A THE WINNFIELD** and/or **EMBERS RESTAURANT OF LOUISIANA, INC.,** had a duty to maintain the property and surrounding area, more specifically, the areas of walkways and patron travel, in a reasonably safe condition and to inspect, identify, repair and/or warn of any potential hazards and/or defects, or eliminate any potential hazards and/or defects, which would present hazards to the public and/or tenants and more specifically, a step-down simultaneous to the opening of a door, with steps that were of improper height and/or depth and limited lighting.

VII.

At all times relevant herein, **NAUTILUS INSURANCE COMPANY** was the insurer for public liability for the defendant, **KWIK CHECK OF WINNFIELD, INC. D/B/A THE WINNFIELD and/or EMBERS RESTAURANT OF LOUISIANA, INC.** and as such, **NAUTILUS INSURANCE COMPANY** is responsible for the negligent acts, omissions, faults

and/or defects of Defendant, **KWIK CHECK OF WINNFIELD, INC D/B/A THE WINNFIELD and/or EMBERS RESTAURANT OF LOUISIANA, INC.**

VIII.

At all times relevant herein, **XYZ INSURANCE COMPANY** was the insurer for public liability for the defendant, **EMBERS RESTAURANT OF LOUISIANA, INC.** and as such, Defendant, **XYZ INSURANCE COMPANY** is responsible for the negligent acts, omissions, faults and/or defects of Defendant, **EMBERS RESTAURANT OF LOUISIANA, INC.**

IX.

At all times relevant herein, defendants, **KWIK CHECK OF WINNFIELD, INC. D/B/A THE WINNFIELD and/or EMBERS RESTAURANT OF LOUISIANA, INC.** were fully aware of the potential hazardous area, walkway and/or stairs at or near the restaurant entrance.

X.

As a result of said accident, petitioner, **RAMONA HARRELL**, was caused severe and painful personal injury, including but not limited to all bones and muscles of the body; nerves, ligaments, tissues, and blood vessels;   and more particularly, injuries to her neck, her entire back and whole body, as having sustained a fractured right foot with a chipped bone in the right foot, and severe sprain of the right for and severe sprain of the left foot.

XI.

The above described accident and ensuing injuries to petitioner, **RAMONA HARRELL**, were proximately caused by the negligence of the defendants, **KWIK CHECK OF WINNFIELD, INC. D/B/A THE WINNFIELD and/or EMBERS RESTAURANT OF LOUISIANA, INC.**, in the following illustrative but not necessarily exclusive acts of negligence.

1. Placing guests in a perilous situation;

2. Causing negligent injury by lack of attention;

3. Failure to place proper warning signs;

4. Failure to properly design and/or construct the walkway, floor and/or step down into the restaurant at the aforesaid location;

5. Failure to warn the public, its employees and the Plaintiff, **RAMONA HARRELL**, specifically of any defects in the walkway, floor and/or step down into the restaurant at the aforesaid location;

6.  Failure to provide reasonable and adequate lighting to the area and/or steps/walkway for patrons walking in the area to obsesrve any such defects, all to the harm of the Plaintiff, **RAMONA HARREL**;

7.  Placing a door between the rooms with an improper sized step-down into a room;

8.  Failure to maintain the property for guests and/or tenants, specifically of any defects, or defects in the walkway, floor and/or step down into the restaurant;

9.  Failure to conduct any regular inspection of its property and thereby failed to discover and remedy defects, or any situation which presented a hazard to the public, guests or its tenants and to the Plaintiff, **RAMONA HARRELL**, specifically and which defects were in existence for such a period of time that they would have been discovered and remedied by the exercise of reasonable care;

10.  Failure to provide reasonable and adequate warning and/or to block the area from patrons, all to the harm of the Plaintiff, **RAMONA HARRELL**;  and

11.  Any and all other acts of negligence which may be proved at the trial of this matter;

## X.

As a result of the defendant's negligence enumerated hereinabove, petitioner, **RAMONA HARRELL**, is entitled to reasonable damages and herewith itemizes her damages as follows:

1.  Past, present and future physical pain and suffering;

2.  Past, present and future mental pain and suffering;

3.  Past, present and future medical bills;

4.  Lost wages and/or loss of earning potential;

5.  Scarring and disfigurement;  and

6.  Loss of enjoyment of life;

**WHEREFORE**, Petitioner, **RAMONA HARRELL**, prays that the defendants, **NAUTILUS INSURANCE COMPANY, KWIK CHECK OF WINNFIELD, INC. D/B/A THE WINNFIELD, EMBERS RESTAURANT OF LOUISIANA, INC. AND/OR XYZ INSURANCE COMPANY,** be duly cited and served with a copy of the petition for damages and that after due proceedings are had that there be judgment herein in her favor and against the defendants, **NAUTILUS INSURANCE COMPANY, KWIK CHECK OF WINNFIELD, INC. D/B/A THE WINNFIELD, EMBERS RESTAURANT OF LOUISIANA, INC. AND XYZ INSURANCE COMPANY,** jointly, severally and in solido, in an amount sufficient to

compensate plaintiff for the damages she sustained in addition to legal interest thereon from date

of judicial demand until paid, and all costs of these proceedings.

Respectfully Submitted,

ALLAN BERGER & ASSOCIATES P.L.C.

_____

**ANDREW GEIGER (32467)**
*ageiger@bergerlawnola.com*
**ALLAN BERGER (2977)**
*allanberger@bergerlawnola.com*
4173 Canal Street
New Orleans, LA 70119
Telephone: (504) 486-9481
Facsimile:  (504) 483-8130
*Counsel for Petitioner, RAMONA HARRELL*

**PLEASE SERVE:**

**KWIK CHECK OF WINNFIELD, INC. D/B/A THE WINNFIELD**
*Through its Agent for Service of Process:*
Herman A. Castete
100 East Court Street
Winnfield, LA   71483

**NAUTILUS INSURANCE COMPANY**
*Through its agent for service of process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana   70809

**EMBERS RESTAURANT OF LOUISIANA, INC.**
*Through its Agent for Service of Process:*
Michael J. Worley
700 West Court Street
Winnfield, Louisiana   71483

*PLEASE HOLD SERVICE ON XYZ INSURANCE COMPANY AT THIS TIME*

8TH JUDICIAL DISTRICT COURT FOR THE PARISH OF WINN

STATE OF LOUISIANA

NO: 46944                                                                 DIVISION "     "

RAMONA HARRELL

versus

NAUTILUS INSURANCE COMPANY,
KWIK CHECK OF WINNFIELD, INC. D/B/A THE WINNFIELD,
EMBERS RESTAURANT OF LOUISIANA, INC. AND
XYZ INSURANCE COMPANY

FILED:_____          _____
                                                                    DEPUTY CLERK

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes Petitioner, RAMONA HARRELL, who pursuant to L.C.C.P. Article 1572, respectfully requests this Court for written notice ten (10) days in advance of the date fixed for the Trial or Hearing of any Exception, Motion, Rule or Trial on the Merits, in the captioned proceeding, pursuant to L.C.C.P. Articles 1913 and 1914, request immediate notice of all Interlocutory and Final Orders and Judgments or Exceptions, Motions, Rules, or the Trial on the Merits in the captioned proceeding.

Respectfully Submitted,

ALLAN BERGER & ASSOCIATES P.L.C.

_____
ANDREW GEIGER (32467)
*Ageiger@bergerlawnola.com*
ALLAN BERGER (2977)
*allanberger@bergerlawnola.com*
4173 Canal Street
New Orleans, LA 70119
Telephone: (504) 486-9481
Facsimile:  (504) 483-8130
*Counsel for Petitioner, RAMONA HARRELL*

DAVIDSON, MEAUX, SONNIER,

McELLIGOTT, FONTENOT, GIDEON & EDWARDS

JAMES J. DAVIDSON, JR.
(1904-1990)
RICHARD C. MEAUX, SR.
(1921-2008)
JAMES J. DAVIDSON, III
V. FARLEY SONNIER
JOHN E. McELLIGOTT, JR. ·
PHILIP A. FONTENOT·
KYLE L. GIDEON·
THEODORE G. EDWARDS, IV·
CHRISTOPHER J. PIASECKI·
KEVIN M. DILLS·
ROBERT D. FELDER ·
JAMI LACOUR ISHEE

JAMES H. DOMENGEAUX, JR.
MYLES H. SONNIER

·A PROFESSIONAL LAW CORPORATION

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

810 SOUTH BUCHANAN STREET
P.O. BOX 2908
LAFAYETTE, LA 70502-2908

TELEPHONE: (337) 237-1660
Fax: (337) 237-3676
www.davidsonmeaux.com

OF COUNSEL
ROBERT R. MCBRIDE, RET.
MARK C. ANDRUS
ARTHUR D. MOUTON

WRITER'S EMAIL ADDRESS:

Partner | Attorney
jishee@davidsonmeaux.com
Partner | Attorney
msonnier@davidsonmeaux.com
Legal Assistant
mbernard@davidsonmeaux.com

May 31, 2022

8th Judicial District Clerk – Winn Parish
ATTN:  Civil Records
P.O. Box 137
Winnfield, LA  71483

Re:   **RAMONA HARRELL v. NAUTILUS INSURANCE COMPANY, et al**
      **DOCKET NO.: C-46944**

Dear Clerk:

Enclosed you will find our firm's check, an original, and one (1) copy of the Defendants' Answer and Affirmative Defenses to Plaintiff's Petition for Damages which we ask to be filed into the record of the above captioned matter. I ask that you date-stamp the final copy and return same to my office for the completion of our file.

**PLEASE PROVIDE A RECEIPT FOR THE ASSOCIATED COST.**

Should you have any questions or concerns, please do not hesitate to contact our office.

With kind regards, I am

Very truly yours,

**DAVIDSON, MEAUX, SONNIER, McELLIGOTT, FONTENOT, GIDEON & EDWARDS, LLP**

**JAMI L. ISHEE**
**MYLES H. SONNIER**

JLI/MHS/mmb
Enclosure(s)
Cc:   Mr. Andrew Geiger/Mr. Allan Berger

RAMONA HARRELL

VERSUS

NAUTILUS INSURANCE
COMPANY,  et al.

FILED:_____

8TH JUDICIAL DISTRICT COURT

DOCKET NO.:  46944

WINN PARISH
STATE OF LOUISIANA

DEPUTY CLERK_____

### NAUTILUS INSURANCE COMPANY,KWIK CHECK OF WINNFIELD, INC. d/b/a THE WINNFIELD LODGE, AND EMBERS RESTAURANT OF LOUISIANA, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Defendants, Nautilus Insurance Company, Kwik-Check of Winnfield, Inc. d/b/a The Winnfield Lodge, and Embers Restaurant Of Louisiana, Inc. (collectively, "Defendants"), who respectfully respond to the Petition for Damages of Plaintiff, Ramona Harrell ("Plaintiff"), as follows:

### ANSWER

1.

The allegations contained in Paragraph I of Plaintiff's Petition for damages are denied, including as written, except to admit the identities of Nautilus Insurance Company, Kwik-Check Of Winnfield, Inc., and Embers Restaurant of Louisiana, Inc. Any and all express or implicit allegations that Defendants are somehow liable to Plaintiff for any damages are wholly and expressly denied.

2.

The allegations contained in Paragraph II of Plaintiff's Petition for Damages are denied.

3.

The allegations contained in Paragraph III of Plaintiff's Petition for Damages are denied for lack of sufficient information to justify a belief therein.

4.

The allegations contained in Paragraph IV of Plaintiff's Petition for Damages are denied, except to admit that  Kwik-Check Of Winnfield, Inc., and Embers Restaurant of Louisiana, Inc. operated businesses at 700 W. Court Street, Winnfield, Louisiana 71483.

5.

The allegations contained in Paragraph V of Plaintiff's Petition for Damages are denied, except to admit that  Kwik-Check Of Winnfield, Inc., and Embers Restaurant of Louisiana, Inc. operated businesses at 700 W. Court Street, Winnfield, Louisiana 71483.

6.

The allegations contained in Paragraph VI of Plaintiff's Petition for Damages are denied, including as written.

7.

The allegations contained in Paragraph VII of Plaintiff's Petition for Damages are denied, including as written, except to admit that a policy of insurance issued by Nautilus Insurance Company existed in favor Kwik-Check of Winnfield, Inc., naming Embers Restaurant of Louisiana, Inc., as an additional insured, which as a written document, the insurance policy is the best evidence of its terms, conditions, limitations, and endorsements, all of which are pleaded herein as if copied herein *in extenso*. Any and all allegations contained in Paragraph VII of Plaintiff's Petition for Damages that seek to allege legal conclusions as to liability or fault are wholly and expressly denied.

8.

To the extent the allegations contained in Paragraph VIII of Plaintiff's Petition for Damages pertain to any policy of insurance issued by XYZ Insurance Company, no response is required by Defendants. Nevertheless, the remaining allegations contained in Paragraph 8 of Plaintiff's Petition for Damages are denied, including as written, except to admit that a policy of insurance issued by Nautilus Insurance Company existed in favor Kwik-Check of Winnfield, Inc., naming Embers Restaurant of Louisiana, Inc., as an additional insured, which as a written document, the insurance policy is the best evidence of its terms, conditions, limitations, and endorsements, all of which are pleaded herein as if copied herein *in extenso*. Any and all allegations contained in Paragraph VIII of Plaintiff's Petition for Damages that seek to allege legal conclusions as to liability or fault are wholly and expressly denied.

9.

The allegations contained in Paragraph IX of Plaintiff's Petition for Damages are denied, including as written, except to admit that a step is located at the entrance to Embers Restaurant of Louisiana, Inc.

10.

The allegations contained in Paragraph X of Plaintiff's Petition for Damages are denied.

11.

The allegations contained in Paragraph XI of Plaintiff's Petition for Damages are denied, including all subparts.

12.

The allegations contained in Paragraph XII (misnumbered as X) of Plaintiff's Petition for Damages are denied, including all subparts.

13.

Defendants deny any and all allegations contained in any unnumbered or misnumbered Paragraphs, or otherwise unanswered allegations, contained in Plaintiff's Petition for Damages, including any and all allegations express or implicit in Plaintiff's prayer for relief.

14.

Defendants pray for a trial by jury on all issues so triable.

## DEFENSES AND AFFIRMATIVE DEFENSES

**AND NOW**, further answering, Defendants, Nautilus Insurance Company, Kwik-Check of Winnfield, Inc., and Embers Restaurant of Louisiana, Inc., while at all times expressly denying liability, assert the following Defenses and/or Affirmative Defenses:

15.

Defendants assert any and all applicable defenses available under applicable law.

16.

Defendants assert the fault of Plaintiff, Ramona Harrell, as a complete defense to the claims asserted.

17.

Defendants further assert the provisions of the Louisiana Merchant Statute, Louisiana Revised Statute 9:2800.6 and Civil Code Articles 2317.1 and 2322, *et seq.*, as a complete defense to the claims asserted herein.

18.

Defendants further assert, in the alternative, if the alleged damages suffered by Plaintiff were in any respect a result of the negligence of any plaintiff, then Defendants are entitled to a reduction in the dollar amount of any judgment which may be rendered herein based upon the

proportionate degree of fault attributable to any plaintiff under Louisiana's comparative fault regime. Louisiana Civil Code Articles 2323 and 2324.

19.

Defendants further assert the affirmative defense of fault of all known and unknown third parties for whom Defendants are not responsible as a complete defense to the liability claims asserted or, in the alternative, the benefits of Louisiana's comparative fault regime for the fault of all known and unknown third parties. Thus, Defendants are entitled to a reduction in the dollar amount of any judgment which may be rendered herein based upon the proportionate degree of fault attributable to any third party, known or unknown, under Louisiana's comparative fault regime. *See* La. C.C. Arts. 2323 and 2324

20.

Defendants alternatively assert entitlement to credits and/or setoffs for any and all bills, invoices, expenses/payments which may have been paid to and/or on behalf of Plaintiff in the past or in the future.

21.

Defendants alternatively assert that if proven liable to Plaintiff, Defendants are entitled to a credit or offset based on any amounts or settlements received by Plaintiff from any other source for the damages allegedly sustained as a result of the subject incident.

22.

Defendants assert that certain of Plaintiff's alleged injuries and damages were not caused by the subject incident. Specifically, Defendants assert that certain of said injuries/damages either pre-existed the subject incident or were the result of subsequent intervening causes.

23.

Defendants alternatively assert that Plaintiff failed to mitigate her alleged damages.

24.

In the alternative, and in the event that Defendants are found guilty of negligence and liable to Plaintiff (as a result of purported fault of Defendant Kwik-Check of Winnfield, Inc., and/or Defendant Embers Restaurant of Louisiana, Inc., which is all times expressly denied) then, and in that, event Defendants respectfully allege that Plaintiff, Ramona Harrell, was guilty of the following acts of sole and/or contributory negligence, comparative negligence, and/or Plaintiff fault which said acts and/or omissions serve as a bar and/or in mitigation of any

4

recovery herein, said acts and/or omissions consisting of principally, but not exclusively, the following, to-wit:

1.  In failing to take due care and caution for her own safety;
2.  In failing to see what she should have seen and to do what she should have done;
3.  In failing to notice the presence of an open and obvious condition, if any, when, by the use of reasonable caution, she could and should have noticed same;
4.  In general, in failing to take proper care for her own safety and to avoid hazards which should have been obvious to her or which, by the use of reasonable caution, would have been obvious to her;
5.  In failing to adhere to the visual warnings and/or verbal warnings provided to her in order to avoid being injured;
6.  In failing to heed to the "Watch Step" sign posted at the entrance to Embers Restaurant of Louisiana, Inc., where the step where Plaintiff alleged her accident occurred;
7.  In wearing improper footwear; and
8.  Any and all other acts of negligence and/or fault which will be shown at the trial of this matter.

25.

Defendants finally assert that they are entitled to a credit for any medical expenses discounted or marked down by any provider pursuant to an agreement with Plaintiff or Plaintiff's counsel and with regard to any mark down or discount resulting from health insurance payments or pursuant to a health insurance contract under the Balanced Billing Act. Louisiana Revised Statute 22:1874.

26.

To the extent any and all assertions in Plaintiff's Petition seek to allege the purported fault or liability of Nautilus Insurance Company, Kwik Check of Winnfield, Inc., or Embers Restaurant of Louisiana, Inc. (as a result of the purported fault of Kwik Check of Winnfield, Inc. and Embers Restaurant of Louisiana, Inc. or their employees), such assertions are wholly and expressly denied by Defendants.  Further answering, as a written document, the insurance policy is the best evidence of its terms, conditions, limitations, and endorsements, all of which are pleaded herein as if copied herein *in extenso*.

**WHEREFORE**, all premises considered, pray that this Answer be deemed good and sufficient, and that after the lapse of all legal delays and due proceedings are had, there be judgment in favor of Defendants, Nautilus Insurance Company, Kwik-Check of Winnfield, Inc., d/b/a The Winnfield Lodge, and Embers Restaurant of Louisiana, Inc., and against Plaintiff,

Ramona Harrell, rejecting the demands of Plaintiff with full prejudice and at Plaintiff's cost, and

for trial by jury on all issues so triable.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

Respectfully submitted,

**DAVIDSON, MEAUX, SONNIER, MCELLIGOTT, FONTENOT, GIDEON & EDWARDS, LLP**

_____

**ROBERT D. FELDER (#32448)**
**JAMI L. ISHEE (#35872)**
**JAMES H. DOMENGEAUX, JR. (#38193)**
**MYLES H. SONNIER (#39345)**
810 South Buchanan Street
Lafayette, Louisiana 70501
Ph.: 337.237.1660  Fax: 337.237.3676
rfelder@davidsonmeaux.com
jishee@davidsonmeaux.com
jdomengeaux@davidsonmeaux.com
msonnier@davidsonmeaux.com
Attorneys for Nautilus Insurance Company,
Kwik Check of Winnfield, Inc. d/b/a
The Winnfield Lodge and Embers Restaurant
of Louisiana, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been forwarded to all

counsel of record(s) or to proper person(s) via fax, via email, hand delivery, and/or depositing

the same in the U.S. Mail, postage prepaid and properly addressed to the last known address.

Lafayette, Louisiana, this __31__ day of __May_____, 2022.

_____
**MYLES H. SONNIER**

6

# DAVIDSON, MEAUX, SONNIER,
## MCELLIGOTT, FONTENOT, GIDEON & EDWARDS

JAMES J. DAVIDSON, JR.
(1904-1990)
RICHARD C. MEAUX, SR.
(1921-2008)
JAMES J. DAVIDSON, III
V. FARLEY SONNIER
(1942-1987)
JOHN E. MCELLIGOTT, JR. ,
PHILIP A. FONTENOT,
KYLE L. GIDEON,
THEODORE G. EDWARDS, IV,
CHRISTOPHER J. PIASECKI,
KEVIN M. DILLS,
ROBERT D. FELDER ,
JAMI LACOUR ISHEE

JAMES H. DOMENGEAUX, JR.
MYLES H. SONNIER

,A PROFESSIONAL LAW CORPORATION

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

810 SOUTH BUCHANAN STREET
P.O. BOX 2908
LAFAYETTE, LA 70502-2908

TELEPHONE: (337) 237-1660
Fax: (337) 237-3676

www.davidsonmeaux.com

OF COUNSEL
ROBERT R. MCBRIDE, RET.
MARK C. ANDRUS
ARTHUR D. MOUTON

WRITER'S EMAIL ADDRESS:

Partner | Attorney
jishee@davidsonmeaux.com
Partner | Attorney
msonnier@davidsonmeaux.com
Legal Assistant
mbernard@davidsonmeaux.com

May 31, 2022

Mr. Andrew Geiger
Mr. Allan Berger
Allan Berger & Associates P.L.C.
4173 Canal Street
New Orleans, LA 70119

Re: **RAMONA HARRELL v. NAUTILUS INSURANCE COMPANY, et al**
**DOCKET NO.: C-46944**

Dear Mr. Geiger/Mr. Berger:

Enclosed you will find a copy of Nautilus Insurance Company, Kwik-Check of Winnfield, Inc. d/b/a The Winnfield, and Embers Restaurant of Louisiana, Inc.'s Requests for Admissions, Interrogatories and Requests for Production of Documents to Plaintiff in the above referenced matter.

Please provide your client's responses to Defendant's discovery requests within the time delays provided by the Louisiana Code of Civil Procedure.

I also request that you provide dates and times over the next two months Ramona Harrell can be available to give her deposition.

Should you have any questions or concerns, please do not hesitate to contact our office.

With kind regards, I am

Very truly yours,

DAVIDSON, MEAUX, SONNIER, MCELLIGOTT,
FONTENOT, GIDEON & EDWARDS, LLP

JAMI L. ISHEE
MYLES H. SONNIER

JLI/MHS/mmb
Enclosure(s)

RAMONA HARRELL

VERSUS

NAUTILUS INSURANCE
COMPANY,  ET AL.

8TH JUDICIAL DISTRICT COURT

DOCKET NO.:  46944

WINN PARISH
STATE OF LOUISIANA

---

**DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION**

To:   Ramona Harrell
      *Through Counsel:*
      Andrew Geiger
      Allan Berger
      Allan Berger & Associates, P.L.C
      4173 Canal Street
      New Orleans, Louisiana 70119
      ageiger@bergerlawnola.com
      allanberger@bergerlawnola.com

NOW INTO COURT, through undersigned counsel, Defendants, Nautilus Insurance Company, Kwik-Check of Winnfield, Inc. d/b/a The Winnfield, and Embers Restaurant Of Louisiana, Inc. (collectively, "Defendants"), who propound the following Request for Admission upon Plaintiff, Ramona Harrell ("Plaintiff"), to be answered under oath in accordance with and within the time delays allowed by the Louisiana Code of Civil Procedure. Defendants further request that Plaintiff provide said answers according to the following instructions and definitions.

## INSTRUCTIONS

1.      Each of these requests is deemed to be a continuing one.  In the event that at any later date the party to whom these requests are propounded obtains or discovers any additional information, which would either add to or amend its responses to these requests, Defendants hereby request that said party supplement its responses hereto promptly.

2.      The party to whom these requests are propounded shall produce the requested documents for inspection, copying or photocopying as they are kept in the usual course of business or shall organize and label them to correspond with the categories outlined in these requests.

3.      The responses herein shall state, with respect to each requested item or document category, that inspection, copying, or photographing will be permitted as requested, unless the request is objected to, in which event the reasons for that objection shall be stated.  If objection is made to part of the requested item or documents category, the particular part objected to shall be specified.

4.      If objection is made to any request propounded below on the grounds that it requests

1

information that falls within the attorney-client privilege, is protected by the work product immunity, or is protected or immune from disclosure for any other reason, please provide the following information as to each objection:

    a.    The nature of the privilege or immunity invoked and all bases, both legal and factual, for its invocation;

    b.    If a document is involved, identify the document and give the date, author, recipient, persons to whom copies were furnished together with their job title, subject matter, the person(s) on whose behalf the privilege or immunity is asserted, in the interrogatory or request to which such documents respond; and

    c.    If an oral communication is involved, identify the communication, identify the person on whose behalf the privilege or immunity is asserted and each and every person known to you to whom the substance of the communication has been disclosed.

5.    If you lack information with respect to any documents requested or any sub-part thereof, please respond to these requests to the best of your knowledge and belief.

6.    Please respond to all subparts of each question separately.

DEFINITIONS

Each of the following definitions applies to and shall be part of each request which follows:

1.    "You", "your", or "yours" means Plaintiff, Ramona Harrell, on whose behalf the instant lawsuit was instituted, and all representatives, agents, or other persons acting on behalf of, or at the request of Plaintiff.

**REQUEST FOR ADMISSION**

REQUEST FOR ADMISSION NO. 1:

Please admit, as to any forthcoming or future surgery to be performed as to any injury/condition you are making claims for in the subject lawsuit, that you will notify Defendant of the surgery recommendation and surgery date with advance notice sufficient to provide for an adequate opportunity to obtain an Independent Medical Examination prior to undergoing any such surgery.

**THESE DISCOVERY REQUESTS ARE CONSIDERED CONTINUING. ALLSTATE HAS A DUTY TO UPDATE ANSWERS TIMELY IN ACCORDANCE WITH THE LOUISIANA CODE OF CIVIL PROCEDURE.**

Respectfully submitted,

**DAVIDSON, MEAUX, SONNIER, MCELLIGOTT, FONTENOT, GIDEON & EDWARDS, LLP**

_____
**ROBERT D. FELDER (#32448)**
**JAMI L. ISHEE (#35872)**
**JAMES H. DOMENGEAUX, JR. (#38193)**
**MYLES H. SONNIER (#39345)**
810 South Buchanan Street
Lafayette, Louisiana 70501
Ph.: 337.237.1660
Fax: 337.237.3676
rfelder@davidsonmeaux.com
jishee@davidsonmeaux.com
jdomengeaux@davidsonmeaux.com
msonnier@davidsonmeaux.com
Attorneys for Nautilus Insurance Company,
Kwik Check of Winnfield, Inc. d/b/a
The Winnfield and Embers Restaurant of
Louisiana, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been forwarded to all counsel of record(s) or to proper person(s) via fax, via email, hand delivery, and/or depositing the same in the U.S. Mail, postage prepaid and properly addressed to the last known address. Lafayette, Louisiana, this __31__ day of May, 2022.

_____
**MYLES H. SONNIER**

**RAMONA HARRELL**                    8TH JUDICIAL DISTRICT COURT

**VERSUS**                           **DOCKET NO.:  46944**

**NAUTILUS INSURANCE**
**COMPANY,  ET AL.**                 **WINN PARISH**
                                     **STATE OF LOUISIANA**

---

<u>**DEFENDANTS' FIRST SET OF INTERROGATORIES**</u>

To:    Ramona Harrell
       *Through Counsel:*
       Andrew Geiger
       Allan Berger
       Allan Berger & Associates, P.L.C
       4173 Canal Street
       New Orleans, Louisiana 70119
       ageiger@bergerlawnola.com
       allanberger@bergerlawnola.com

NOW INTO COURT, through undersigned counsel, come Defendants, Nautilus Insurance Company, Kwik-Check of Winnfield, Inc. d/b/a The Winnfield, and Embers Restaurant Of Louisiana, Inc. (collectively, "Defendants"), who propound the following Interrogatories upon Plaintiff, Ramona Harrell ("Plaintiff"), to be answered under oath in accordance with and within the time delays allowed by the Louisiana Code of Civil Procedure. Defendants further request that Plaintiff provide said answers according to the following instructions and definitions.

<u>INSTRUCTIONS</u>

1.      Each of these requests is deemed to be a continuing one.  In the event that at any later date the party to whom these requests are propounded obtains or discovers any additional information, which would either add to or amend its responses to these requests, Defendants hereby request that said party supplement its responses hereto promptly.

2.      The party to whom these requests are propounded shall produce the requested documents for inspection, copying or photocopying as they are kept in the usual course of business or shall organize and label them to correspond with the categories outlined in these requests.

3.      The responses herein shall state, with respect to each requested item or document category, that inspection, copying, or photographing will be permitted as requested, unless the request is objected to, in which event the reasons for that objection shall be stated.  If objection is made to part of the requested item or documents category, the particular part objected to shall be specified.

4.      If objection is made to any request propounded below on the grounds that it requests

information that falls within the attorney-client privilege, is protected by the work product immunity, or is protected or immune from disclosure for any other reason, please provide the following information as to each objection:

    a.    The nature of the privilege or immunity invoked and all bases, both legal and factual, for its invocation;

    b.    If a document is involved, identify the document and give the date, author, recipient, persons to whom copies were furnished together with their job title, subject matter, the person(s) on whose behalf the privilege or immunity is asserted, in the interrogatory or request to which such documents respond; and

    c.    If an oral communication is involved, identify the communication, identify the person on whose behalf the privilege or immunity is asserted and each and every person known to you to whom the substance of the communication has been disclosed.

5.    If you lack information with respect to any documents requested or any sub-part thereof, please respond to these requests to the best of your knowledge and belief.

6.    Please respond to all subparts of each question separately.

<u>DEFINITIONS</u>

Each of the following definitions applies to and shall be part of each Interrogatory which follows:

1.    "You", "your", or "yours" means Plaintiff, Ramona Harrell, on whose behalf the instant lawsuit was instituted, and all representatives, agents, or other persons acting on behalf of, or at the request of Plaintiff.

2.    "Document" means all written, printed, typed, recorded, electronic, graphic, or photographic matter and sound reproduction or tape recordings, however produced or reproduced (including any and all non-identical copies) and wherever located, including but not limited to correspondence, telegrams, telexes, other written communication, contracts, agreements, notes, memoranda, working notes and reports, blueprints, emails, electronic files, diagrams and data processing storage units (including tapes, memory cores, disks or cards or other data compilations from which information can be obtained and translated into reasonable usable form).

3.    "Identify" or "identification" when used with respect to any individual means to state the individual's full name, present or last known place of employment, present or last known

address, most recent telephone number, and job title.

4.    "Identify" or "identification" when used with reference to a document means to state the type of document, (e.g. lease, memorandum, contract, telegram, chart, etc.), its present location and custodian, the date of its creation, the identity of the party or parties whose name or names appear thereon, identify the author of the document, or in lieu thereof, you may attach to your answers a copy of each such document.

5.    "Accident" or "incident" means the alleged fall that gave rise to the instant lawsuit, which you allege occurred on or about May 9, 2021, at 700 West Court Street, Winnfield, Louisiana 71483.

## INTERROGATORIES

### INTERROGATORY NO. 1.

Please provide the following:

      a)    Your full name;

      b)    Your Social Security Number;

      c)    Your date of birth;

      d)    Your Gender;

      e)    Your Marital Status;

          i. Name of your spouse

          ii. Names and ages of your children

          iii. Names of any prior spouses

      f)    Your Medicare Health Insurance number (HICN);

      g)    You Medicaid number;

      h)    Your Louisiana Driver's License number; and

      i)    Your complete mailing address and physical address.

### INTERROGATORY NO. 2:

Please provide the name of your cell phone provider, cell phone number, and name on the account on the date of the accident in question.

### INTERROGATORY NO. 3:

Are you currently, employed? If so, please provide the following information regarding your current employment:

    1.  Full name, address and telephone number of your employer;

    2.  Current pay/salary;

    3.  Current position/job title;

    4.  Job duties; and

    5.  Start date.

<u>INTERROGATORY NO. 4:</u>

Please provide the following information regarding your past employment for the last five (5) years:

    1.  Full name, address and telephone number of each of your past employers;

    2.  Past pay/salary;

    3.  Past positions/job titles;

    4.  Past job duties;

    5.  Dates of employment; and

    6.  Reason for leaving/changing jobs.

<u>INTERROGATORY NO. 5:</u>

Do you have any other source of income other than any wages or salary earned in any employment described above? If "yes," please describe in detail each other source of income; the amount of such income; and when you received such income.

<u>INTERROGATORY NO. 6:</u>

Have you ever been a party to a civil lawsuit? If yes, please provide the following for each lawsuit:

    1.  Name of the lawsuit;

    2.  Approximate date of filing;

    3.  Location of filing;

    4.  Names of attorneys involved;

    5.  Description of the lawsuit; and

    6.  How the lawsuit was resolved.

<u>INTERROGATORY NO. 7:</u>

What injuries do you contend you sustained as a result of the incident in question?

<u>INTERROGATORY NO. 8:</u>

Please identify by name, address and medical specialty each and every physician, chiropractor, or other health care provider who has examined or treated you since the accident

described in the petition, including the name of every hospital, medical center or other health care facility at which you have been examined or treated since the date of the accident described in the petition.

INTERROGATORY NO. 9:

Have you ever suffered from the same or similar injury(ies), or an injury to the same body part, prior to or subsequent to the incident at issue? If so, please explain the nature and circumstance of the event giving rise to said injury, and state the names, addresses and telephone numbers of each physician, chiropractor, or other health care provider, including all hospitals, medical centers or other health care facilities, who treated you as a result of each injury.

INTERROGATORY NO. 10:

Have you been involved in any other accidents, other than the alleged accident which forms the basis of this litigation? If so, please identify:

    a.    the date of each accident;

    b.    the nature and circumstance of each accident, including injuries sustained; and

    c.    the names, addresses and telephone numbers of each physician, chiropractor, or other health care provider, including all hospitals, medical centers or other health care facilities, who treated you as a result of each accident.

INTERROGATORY NO. 11:

Please provide the name, address and telephone number of each physician who has examined and treated you in the five (5) years prior to the accident in question, including every hospital or medical care center where you have been examined or treated, either as an in-patient or out-patient. For each, please give the approximate date of each examination or treatment, and the reason you sought such care/professional services.

INTERROGATORY NO. 12:

Please provide the name(s), address(es) and telephone number(s) of any and all pharmacy(ies) where you have filled prescriptions in the past five (5) years.

INTERROGATORY NO. 13:

Please provide the name, address and telephone number of your family physician.

INTERROGATORY NO. 14:

Have you ever filed for disability?  If so, when and what for?

INTERROGATORY NO. 15:

Have you ever made or filed a worker's compensation claim?  If so, when, where, against whom, and what for?

INTERROGATORY NO. 16:

Please itemize each and every medical bill or expense you believe you have incurred as a result of the accident sued upon and provide legible copies of all bills and invoices evidencing such medical expenses or bills.

INTERROGATORY NO. 17:

Has any health insurer paid any portion of the medical bills or expenses identified in the foregoing Answer to Interrogatories?  If the answer to this Interrogatory is yes, then please identify and provide the address of the health insurance carrier paying any such bills.

INTERROGATORY NO. 18:

Please list the name, address and telephone number of each and every witness to the accident at issue and/or your purported injuries (physical or mental) in relation to same.

INTERROGATORY NO. 19:

Please list any and all exhibits and/or documents in your possession with any relation to the accident at issue, including, but not limited to, photographs, video recordings, diaries/journals, etc.

INTERROGATORY NO. 20:

Did you consume any alcohol and/or drugs (legal or illegal) within the 24-hour period prior to the accident sued upon herein. If the answer is yes, please describe the type of substance consumed and the amount.

INTERROGATORY NO. 21:

Have you been convicted of and/or pled guilty to a crime within the last ten (10) years? If so, please state the offense charged with and date, the disposition of the charge and date and the parish and/or county along with the state the offense occurred.

INTERROGATORY NO. 22:

Have you ever sought treatment for depression or any other psychological condition?  If so, when, for what, and from whom?

INTERROGATORY NO. 23:

Have you ever sought treatment for any chemical dependency or addictions?  If so, when,

for what, and from whom?

INTERROGATORY NO. 24:

Please describe with specificity any and all reflecting any scarring and disfigurement you contend are attributable to the incident.

INTERROGATORY NO. 25:

Please describe with specificity any and all lost wages you have allegedly incurred or anticipate incurring which you contend are attributable to the incident.

INTERROGATORY NO. 26:

Is any surgical procedure currently contemplated and/or scheduled which you claim as a result of the accident in question?  If so, please provide the health care provider performing the surgery, the date the surgery is contemplated and/or scheduled and the type of surgical procedure.

INTERROGATORY NO. 27:

Please identify all persons by name, address, and relation to you, who answered or assisted you in answering these Interrogatories.

INTERROGATORY NO. 28:

Please describe with specificity any and all facts and circumstances regarding the alleged role and involvement of Defendant Kwik-Check of Winnfield in the incident.

INTERROGATORY NO. 29:

Please describe with specificity any and all facts and circumstances regarding the alleged role and involvement of Defendant Embers Restaurant, in the incident.

INTERROGATORY NO. 30:

Please identify the dates surround the incident that you checked-in to and checked-out of Defendant Kwik-Check of Winnfield.

INTERROGATORY NO. 31:

Please identify the instances, dates, and times surround the incident that you went to and/or patronized Defendant Embers Restaurant, including identifying all people who accompanied you each instance.

**THESE INTERROGATORIES ARE CONSIDERED CONTINUING. PLAINTIFFS HAVE A DUTY TO UPDATE ANSWERS TIMELY IN ACCORDANCE WITH THE LOUISIANA CODE OF CIVIL PROCEDURE.**

Respectfully submitted,

**DAVIDSON, MEAUX, SONNIER, MCELLIGOTT, FONTENOT, GIDEON & EDWARDS, LLP**

**ROBERT D. FELDER (#32448)**
**JAMI L. ISHEE (#35872)**
**JAMES H. DOMENGEAUX, JR. (#38193)**
**MYLES H. SONNIER (#39345)**
810 South Buchanan Street
Lafayette, Louisiana 70501
Ph.: 337.237.1660
Fax: 337.237.3676
rfelder@davidsonmeaux.com
jishee@davidsonmeaux.com
jdomengeaux@davidsonmeaux.com
msonnier@davidsonmeaux.com
Attorneys for Nautilus Insurance Company,
Kwik Check of Winnfield, Inc. d/b/a
The Winnfield and Embers Restaurant of
Louisiana, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been forwarded to all counsel of record(s) or to proper person(s) via fax, via email, hand delivery, and/or depositing the same in the U.S. Mail, postage prepaid and properly addressed to the last known address. Lafayette, Louisiana, this ___31___ day of May, 2022.

MYLES H. SONNIER

8

| | |
|---|---|
| **RAMONA HARRELL** | **8TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | **DOCKET NO.:  46944** |
| **NAUTILUS INSURANCE**<br>**COMPANY,  ET AL.** | **WINN PARISH**<br>**STATE OF LOUISIANA** |

### DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION

To: Ramona Harrell
  *Through Counsel:*
  Andrew Geiger
  Allan Berger
  Allan Berger & Associates, P.L.C
  4173 Canal Street
  New Orleans, Louisiana 70119
  ageiger@bergerlawnola.com
  allanberger@bergerlawnola.com

NOW INTO COURT, through undersigned counsel, come Defendants, Nautilus Insurance Company, Kwik-Check of Winnfield, Inc. d/b/a The Winnfield, and Embers Restaurant Of Louisiana, Inc. (collectively, "Defendants"), who propound the following Requests for Production upon Plaintiff, Ramona Harrell ("Plaintiff"), to be answered under oath in accordance with and within the time delays allowed by the Louisiana Code of Civil Procedure. Defendants further request that Plaintiff provide said answers according to the following instructions and definitions.

### INSTRUCTIONS

1. Each of these requests is deemed to be a continuing one.  In the event that at any later date the party to whom these requests are propounded obtains or discovers any additional information, which would either add to or amend its responses to these requests, Defendants hereby request that said party supplement its responses hereto promptly.

2. The party to whom these requests are propounded shall produce the requested documents for inspection, copying or photocopying as they are kept in the usual course of business or shall organize and label them to correspond with the categories outlined in these requests.

3. The responses herein shall state, with respect to each requested item or document category, that inspection, copying, or photographing will be permitted as requested, unless the request is objected to, in which event the reasons for that objection shall be stated.  If objection is made to part of the requested item or documents category, the particular part objected to shall be specified.

4. If objection is made to any request propounded below on the grounds that it requests

1

information that falls within the attorney-client privilege, is protected by the work product immunity, or is protected or immune from disclosure for any other reason, please provide the following information as to each objection:

   a.   The nature of the privilege or immunity invoked and all bases, both legal and factual, for its invocation;

   b.   If a document is involved, identify the document and give the date, author, recipient, persons to whom copies were furnished together with their job title, subject matter, the person(s) on whose behalf the privilege or immunity is asserted, in the interrogatory or request to which such documents respond; and

   c.   If an oral communication is involved, identify the communication, identify the person on whose behalf the privilege or immunity is asserted and each and every person known to you to whom the substance of the communication has been disclosed.

5.   If you lack information with respect to any documents requested or any sub-part thereof, please respond to these requests to the best of your knowledge and belief.

6.   Please respond to all subparts of each question separately.

DEFINITIONS

Each of the following definitions applies to and shall be part of each Interrogatory which follows:

1.   "You", "your", or "yours" means Plaintiff, Ramona Harrell, on whose behalf the instant lawsuit was instituted, and all representatives, agents, or other persons acting on behalf of, or at the request of Plaintiff.

2.   "Document" means all written, printed, typed, recorded, electronic, graphic, or photographic matter and sound reproduction or tape recordings, however produced or reproduced (including any and all non-identical copies) and wherever located, including but not limited to correspondence, telegrams, telexes, other written communication, contracts, agreements, notes, memoranda, working notes and reports, blueprints, emails, electronic files, diagrams and data processing storage units (including tapes, memory cores, disks or cards or other data compilations from which information can be obtained and translated into reasonable usable form).

3.   "Identify" or "identification" when used with respect to any individual means to state the individual's full name, present or last known place of employment, present or last known

address, most recent telephone number, and job title.

4.      "Identify" or "identification" when used with reference to a document means to state the type of document, (e.g. lease, memorandum, contract, telegram, chart, etc.), its present location and custodian, the date of its creation, the identity of the party or parties whose name or names appear thereon, identify the author of the document, or in lieu thereof, you may attach to your answers a copy of each such document.

5.      "Accident" or "incident" means the alleged fall that gave rise to the instant lawsuit, which you allege occurred on or about May 9, 2021, at 700 West Court Street, Winnfield, Louisiana 71483.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

### REQUEST FOR PRODUCTION NO. 1:

Please produce a copy of any and all medical records you have that are related to the accident and/or pertain to your alleged injuries.

### REQUEST FOR PRODUCTION NO. 2:

Please provide legible copies of all medical bills or expenses you have that are related to the accident and/or pertain to your alleged injuries.

### REQUEST FOR PRODUCTION NO. 3:

Please produce any and all documents exchanged and all correspondence between you and any of the named defendants in the instate lawsuit.

### REQUEST FOR PRODUCTION NO. 4:

Please produce copies of any and all investigative reports, accident reports, and/or statements that you have in this matter.  If you refuse to produce the statement, please advise of the person from whom the statement was taken, the person who took the statement, and the date of the statement, by giving their name, address, and telephone number.

### REQUEST FOR PRODUCTION NO. 5:

Please produce any and all photographs, videos, and/or surveillance footage of the accident, accident scene, alleged injuries and/or purported damages sustained therein.

### REQUEST FOR PRODUCTION NO. 7:

Please produce a copy of any and all statements given in relation to the accident at issue herein, by you, or anyone else.

REQUEST FOR PRODUCTION NO. 8:

Please produce a copy your state and federal income tax returns for the past five (5) years.

REQUEST FOR PRODUCTION NO. 9:

Please produce a copy of any and all documents or records reflecting income received by you over the past five (5) years; including, but not limited to, records reflecting income from employers and other sources, such as insurance or disability benefits.

REQUEST FOR PRODUCTION NO. 10:

Please produce a copy of any and all other documents reflecting any lost wages you have allegedly incurred or anticipate incurring which you contend are attributable to the incident.

REQUEST FOR PRODUCTION NO. 11:

Please produce a copy of all documents reflecting any loss of enjoyment of life you contend are attributable to the incident.

REQUEST FOR PRODUCTION NO. 12:

Please produce a copy of all documents reflecting any mental anguish or distress you contend is attributable to the incident.

REQUEST FOR PRODUCTION NO. 13:

Please produce a copy of all documents reflecting any scarring and disfigurement you contend are attributable to the incident.

REQUEST FOR PRODUCTION NO. 14:

Please produce a copy of all documents reflecting any other damage(s) you have allegedly incurred or anticipate incurring which you contend are attributable to the incident.

REQUEST FOR PRODUCTION NO. 15:

Please produce all documents and tangible things in your possession, custody, or control which you may or will use to support your claims in this litigation.

REQUEST FOR PRODUCTION NO. 16:

Please produce a color copy of your driver's license.

REQUEST FOR PRODUCTION NO. 17:

Please produce a copy of any and all documents regarding the alleged role and involvement of Defendant Kwik-Check of Winnfield, in the incident.

## REQUEST FOR PRODUCTION NO. 18:

Please produce a copy of any and all documents regarding the alleged role and involvement of Defendant Embers Restaurant, in the incident.

## REQUEST FOR PRODUCTION NO. 19:

Please produce a copy of all documents or exhibits, not already produced, identified in your answers to Interrogatories and/or relied on in answering discovery propounded on you by Defendants.

## REQUEST FOR PRODUCTION NO. 20:

Please execute and return the attached authorizations for the release of certain records pertaining to the following:

1. Medical treatment for each health care provider identified by you;
2. Employment;
3. Tax Returns;
4. Military;
5. Education; and
6. Social Security.


**THESE DISCOVERY REQUESTS ARE CONSIDERED CONTINUING. PLAINTIFFS HAVE A DUTY TO UPDATE ANSWERS TIMELY IN ACCORDANCE WITH THE LOUISIANA CODE OF CIVIL PROCEDURE.**

Respectfully submitted,

**DAVIDSON, MEAUX, SONNIER,
MCELLIGOTT, FONTENOT, GIDEON &
EDWARDS, LLP**


**ROBERT D. FELDER (#32448)**
**JAMI L. ISHEE (#35872)**
**JAMES H. DOMENGEAUX, JR. (#38193)**
**MYLES H. SONNIER (#39345)**
810 South Buchanan Street
Lafayette, Louisiana 70501
Ph.: 337.237.1660
Fax: 337.237.3676
rfelder@davidsonmeaux.com
jishee@davidsonmeaux.com
jdomengeaux@davidsonmeaux.com
msonnier@davidsonmeaux.com
Attorneys for Nautilus Insurance Company,
Kwik Check of Winnfield, Inc. d/b/a
The Winnfield and Embers Restaurant of
Louisiana, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been forwarded to all

counsel of record(s) or to proper person(s) via fax, via email, hand delivery, and/or depositing

the same in the U.S. Mail, postage prepaid and properly addressed to the last known address.

Lafayette, Louisiana, this __31__ day of May, 2022.


MYLES H. SONNIER

## CONSENT TO RELEASE

I, _____ hereby authorize the CMS, its agents and/or contractors to release, upon request, information related to my injury/illness and/or settlement for the specified date of injury/illness to the individual and/or entity listed below:

## CHECK ONLY ONE OF THE FOLLOWING TO INDICATE WHO MAY RECEIVE INFORMATION AND THEN PRINT THE REQUESTED INFORMATION

(If you intend to have your information released to more than one individual or entity, you must complete a separate release for each one.)

( ) Insurance Company          ( ) Workers' Compensation Carrier     (X) Other  Attorney
                                                                                      (Explain)

Name of entity          :    Davidson, Meaux, Sonnier, McElligott, Fontenot, Gideon & Edwards

Contact for above entity:    Robert D. Felder, Jami L. Ishee, James H. Domengeaux, Jr. and Myles H. Sonnier

Address                 :    810 South Buchanan Street

                             Lafayette, LA  70502

Telephone               :    337-237-1660

## CHECK ONE OF THE FOLLOWING TO INDICATE HOW LONG CMS MAY RELEASE YOUR INFORMATION
(The period you check will run from when you sign and date below.):

( ) One Year          ( ) Two Years          (X) Other  Dismissal of Lawsuit
                                                        (Please provide a specific period of time)

I understand that I may revoke this "consent to release information" at any time, in writing.

## MEDICARE BENEFICIARY INFORMATION AND SIGNATURE:

Beneficiary Signature: _____ Date signed: _____

Note:  If the beneficiary is incapacitated, the submitter of this document will need to include documentation establishing the authority of the individual signing on the beneficiary's behalf.  Please visit http://go.cms.gov/cobro for further instructions.

Medicare Health Insurance claim Number (The number on your Medicare card.): _____

Date of Injury/Illness    :    _____

## AUTHORIZATION AND RELEASE FOR EMPLOYMENT RECORDS

TO: _____
    _____
    _____
    _____


I, _____, (Date of Birth _____, Social Security Number _____, and Address _____), hereby authorize and direct you to copy, deliver and permit access to **Robert D. Felder, Jami Lacour Ishee, James H. Domengeaux, and Myles H. Sonnier** attorneys of **DAVIDSON, MEAUX, SONNIER, McELLIGOTT, FONTENOT, GIDEON & EDWARDS, LLP** or any representative thereof, 810 South Buchanan Street, Lafayette, LA 70501, any and all of the following:

All applications for employment, resumes, records of all positions held, job descriptions of positions held, payroll records, W-2 forms and W-4 forms, performance evaluations and reports, statements and reports of fellow employees, attendance records, workers' compensation files; all hospital, physician, clinic, infirmary, nurse, psychiatric and dental records, x-rays, test results, physical examination records and other medical records; any records pertaining to medical or disability claims, or work-related accidents including correspondence, accident reports, injury reports and incident reports; insurance claim forms, questionnaires and records of payments made; pension records, disability benefit records, and all records regarding participation in company-sponsored health, dental, life and disability insurance plans; material safety data sheets, chemical inventories, and environmental monitoring records, and all other employee exposure records pertaining to all positions held; and any other records concerning employment with the above-named institution.

This authorization is continuing in nature and is to be given full force and effect to release any and all of the foregoing information learned or determined after the date hereof. A copy of this authorization may be used in place of and with the same force and effect as the original.


_____          _____
Name: _____          Date



_____          _____
Witness                                  Date
Name: _____

Form **4506**

(Novmeber 2021)

Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

▶ **Do not sign this form unless all applicable lines have been completed.**
▶ **Request may be rejected if the form is incomplete or illegible.**
▶ For more information about Form 4506, visit *www.irs.gov/form4506*.

OMB No. 1545-0429

**Tip:** Get faster service: Online at www.irs.gov, **Get Your Tax Record** (Get Transcript) or by calling **1-800-908-9946** for specialized assistance. We have teams available to assist. **Note:** Taxpayers may register to use Get Transcript to view, print, or download the following transcript types: **Tax Return Transcript** (shows most line items including Adjusted Gross Income (AGI) from your original Form 1040-series tax return as filed, along with any forms and schedules), **Tax Account Transcript** (shows basic data such as return type, marital status, AGI, taxable income and all payment types), **Record of Account Transcript** (combines the tax return and tax account transcripts into one complete transcript), **Wage and Income Transcript** (shows data from information returns we receive such as Forms W-2, 1099, 1098 and Form 5498), and **Verification of Non-filing Letter** (provides proof that the IRS has no record of a filed Form 1040-series tax return for the year you request).

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**Caution:** If the tax return is being sent to the third party, ensure that lines 5 through 7 are completed before signing. (see instructions).

**6** **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____

**Note:** If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . . □

**7** **Year or period requested.** Enter the ending date of the tax year or period using the mm/dd/yyyy format (see instructions).

\_\_\_\_ / \_\_\_\_ / _____       \_\_\_\_ / \_\_\_\_ / _____       \_\_\_\_ / \_\_\_\_ / _____       \_\_\_\_ / \_\_\_\_ / _____

\_\_\_\_ / \_\_\_\_ / _____       \_\_\_\_ / \_\_\_\_ / _____       \_\_\_\_ / \_\_\_\_ / _____       \_\_\_\_ / \_\_\_\_ / _____

**8** **Fee.** There is a $43 fee for each return requested. **Full payment must be included with your request or it will be rejected.** Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.

| | | |
|---|---|---|
| **a** Cost for each return . . . . . . . . . . . . . . . . . . . . . . | $ | 43.00 |
| **b** Number of returns requested on line 7 . . . . . . . . . . . . . . | | |
| **c** Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . | $ | |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . □

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

□ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions.

Phone number of taxpayer on line 1a or 2a

| | |
|---|---|
| **Sign Here** | ▶ Signature (see instructions) · · · · · · · Date |
| | ▶ Print/Type name · · · · · · · Title (if line 1a above is a corporation, partnership, estate, or trust) |
| | ▶ Spouse's signature · · · · · · · Date |
| | ▶ Print/Type name |

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**       Cat. No. 41721E       Form **4506** (Rev. 11-2021)

Form 4506 (Rev. 11-2021)

Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506*.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines, *including lines 5 through 7*, have been completed.

**Designated Recipient Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year or period and the chart below shows two different addresses, send your request based on the address of your most recent return.

### Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to: |
| --- | --- |
| Florida, Louisiana, Mississippi, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alabama, Arkansas, Delaware, Georgia, Illinois, Indiana, Iowa, Kentucky, Maine, Massachusetts, Minnesota, Missouri, New Hampshire, New Jersey, New York, North Carolina, Oklahoma, South Carolina, Tennessee, Vermont, Virginia, Wisconsin | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |
| Alaska, Arizona, California, Colorado, Connecticut, District of Columbia, Hawaii, Idaho, Kansas, Maryland, Michigan, Montana, Nebraska, Nevada, New Mexico, North Dakota, Ohio, Oregon, Pennsylvania, Rhode Island, South Dakota, Utah, Washington, West Virginia, Wyoming | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

### Chart for all other returns

| For returns not in Form 1040 series, if the address on the return was in: | Mail to: |
| --- | --- |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

## Specific Instructions

**Line 1b.** Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a, or enter the employer identification number (EIN) for the business listed on line 1a. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B,Change of Address or Responsible Party — Business, with Form 4506.

**Line 7.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 return, or 03/31/2017 for a first quarter Form 941 return.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, *including lines 5 through 7*, are completed before signing.

 *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506 but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5a. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service Tax Forms and Publications Division 1111 Constitution Ave. NW, IR-6526 Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.

**Authorization for Use and Disclosure of Protected Health Information (PHI)**

PATIENT INFORMATION:

Name: _____ Alias: _____

DOB: _____ SSN: _____

Address: _____

I hereby authorize <u>the Medical Records Custodian of:</u>



to disclose billing, medical record information, and/or protected health information of the patient listed above to: <u>Robert D. Felder, Jami Lacour Ishee, James H. Domengeaux and Myles H. Sonnier, Davidson, Meaux, Sonnier, McElligott, Fontenot, Gideon & Edwards, LLP, 810</u> South Buchanan Street, Lafayette, LA 7050<u>1 Purpose:   Legal Investigation</u>
For Treatment Date(s): <u>Any and All</u>
This Authorization is for the release of medical records only and does not authorize verbal communications by the health care provider to the requesting party. Copies of all documents provided in response to this authorization will be offered and/or provided to counsel for the above named patient by my firm.

| Type of Access Requested:<br><br>√ Copies of the record<br><br>☐ Inspection of the record | √ **Entire Chart** (Including but not limited to pharmacy records; prescriptions; copies of radiographic films; lab reports; radiology reports; physician's orders; progress notes; nursing notes; operative reports; H&P; discharge summary; consultation reports; emergency department records; cardiac studies; pathology reports; evaluation reports; itemized bills, statements, invoices, and other similar financial records; photographs; billing, and any and all other information regarding the patient that is maintained in the regular course of treatment in your facility.) |
|---|---|

I hereby consent to release of information regarding:  √ alcohol abuse,   √ drug abuse,   √ psychiatric treatment/mental health,   √ HIV (AIDS),   √ sexually transmitted diseases,   √ vocational rehabilitation.

This authorization shall expire **upon the conclusion of litigation.**

- I understand that I have a right to revoke this authorization at any time.  I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider.  I understand that the revocation will not apply to information that has already been released in response to this authorization.  I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and is no longer protected by HIPAA privacy laws.
- Fees/charges will comply with all laws and regulations applicable to release of information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign.  My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- A photocopy of this Authorization for Use and Disclosure of Protected Health Information (PHI) shall be as effective as the original.

I have read the above and authorize the disclosure of the protected health information as stated.


_____
_____, Patient          _____
                                                     Date


_____               _____
Witness:                                         Date

**Authorization for Use and Disclosure of Protected Health Information (PHI)**

<u>PATIENT INFORMATION:</u>

Name: _____ Alias: _____

DOB:_____ SSN:_____

Address: _____

I hereby authorize <u>the Medical Records Custodian of:</u>   Department of Health and Hospitals
Bureau of Health Services Financing
Third Party/Medicaid Recovery
Post Office Box 3558
Baton Rouge, Louisiana 70821-3558

to disclose billing, medical record information, and/or protected health information of the patient listed above to: <u>Robert D. Felder & Jami Lacour Ishee, Davidson, Meaux, Sonnier, McElligott, Fontenot, Gideon & Edwards, LLP, 810 South Buchanan Street, Lafayette, LA 70501</u>

Purpose: <u>  Legal Investigation</u>

For Treatment Date(s): <u>Any and All</u>

This Authorization is for the release of medical records only and does not authorize verbal communications by the health care provider to the requesting party. Copies of all documents provided in response to this authorization will be offered and/or provided to counsel for the above named patient by my firm.

| Type of Access Requested:<br><br>√ Copies of the record<br><br>☐ Inspection of the record | √ **Entire Chart** (Including but not limited to pharmacy records; prescriptions; copies of radiographic films; lab reports; radiology reports; physician's orders; progress notes; nursing notes; operative reports; H&P; discharge summary; consultation reports; emergency department records; cardiac studies; pathology reports; evaluation reports; itemized bills, statements, invoices, and other similar financial records; photographs; billing, and any and all other information regarding the patient that is maintained in the regular course of treatment in your facility.) |
|---|---|

I hereby consent to release of information regarding: √ alcohol abuse, √ drug abuse, √ psychiatric treatment/mental health, √ HIV (AIDS), √ sexually transmitted diseases, √ vocational rehabilitation.

This authorization shall expire **upon the conclusion of litigation**.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and is no longer protected by HIPAA privacy laws.
- Fees/charges will comply with all laws and regulations applicable to release of information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- A photocopy of this Authorization for Use and Disclosure of Protected Health Information (PHI) shall be as effective as the original.

I have read the above and authorize the disclosure of the protected health information as stated.


_____

_____, Patient      _____ Date


_____

Witness:_____      _____ Date


LOUISIANA
**DEPARTMENT OF**
**HEALTH**

## Authorization to Release or Obtain Health Information
### (including paper, oral and electronic information)

| Name | Request Date |
|---|---|
| Mailing Address | Date of Birth |
| City/State/Zip | Medicaid # or Social Security # |

**I authorize:**

Name: _____

Mailing Address: _____

City, State, Zip Code: _____

Relationship: _____ Telephone Number:_____

☐ **TO RELEASE Information TO   OR   ☐ TO OBTAIN Information FROM**
*(Place an "X" in the box that indicates if the information is being released OR requested.)*

Name: _____

Mailing Address: _____

City, State, Zip Code: _____

Relationship: _____ Telephone Number:_____

The **Purpose of this Authorization** is indicated in the box(es) below. *(Place an "X" in the box(es) that apply.)*

☐ Further Medical Care  ☐ Personal  ☐ Legal Investigation or Action  ☐ Changing Physicians
☐ Research related treatment  ☐ Creating health information for disclosure to a third party.
☐ Other: (Specify)_____

**I authorize the release of the following protected health information.**
*(Place an "X" in the box(es) that apply to the information you want released or you want to obtain.)*
☐ Entire Record  ☐ Medical History, Examination, Reports  ☐ Surgical Reports  ☐ Treatment or Tests
☐ Prescriptions  ☐ Immunizations ☐ Hospital Records including Reports  ☐ Laboratory Reports
☐ X-ray Reports  ☐ MR/DD Records  ☐ Other: _____

**In compliance with state and/or federal laws which require special permission to release otherwise**
**privileged information, please release the following records.**
☐ Alcoholism †     ☐ Drug Abuse †  ☐ Mental Health  ☐Vocational Rehabilitation  ☐ HIV (AIDS)
☐ Sexually Transmitted Diseases  ☐ Genetics  ☐ Psychotherapy Notes
☐ Other_____

This authorization shall expire on _____ (date or event) and

is needed for the period beginning _____and ending _____.

I understand that if I do not specify an expiration date, this authorization will expire six (6) months from the date
on which it was signed. I acknowledge that I have read both pages 1 and 2 of this form.

_____  _____
Signature of Individual or Personal Representative Authorized by Law     Date

_____  _____
Signature of Witness *(If signed with an "X" or mark)*     Date

### For LDH Use When Requesting Records
*I am authorized to receive this disclosure. Documentation on the above Personal Representative has been obtained.*

_____  _____
     Signature and Title of Agency Representative     Date

**† Provider shall be given a copy of signed document that acknowledges their receipt of  Federal Rule 42 CFR § 2.32 - Prohibition on**
**redisclosure.**

## Important Information about Authorization

We may need your authorization to use, disclose or obtain your health information for some of our services.

You do not have to sign this form.  If you agree to sign this authorization to release or obtain information, you will be given a signed copy of the form.

A separate signed authorization form is required for the use and disclosure of health information for:

- Psychotherapy notes
- Employment-related determinations by an employer
- Research purposes unrelated to your treatment
- Substance Use (Alcohol and Drug Use)

When required by law or policy, LDH may only obtain, use and disclose your health information if the required written authorization includes all the required elements of a valid authorization.

An authorization is voluntary. You will not be required to sign an authorization as a condition of receiving treatment services or payment for health care services.  If your authorization is required by law or policy, LDH will use and disclose your health information as you have authorized on the signed authorization form.

You may be required to sign an authorization before receiving research-related treatment.

You may be required to sign an authorization form for the purpose of creating protected health information for disclosure to a third party. *Example:* In a juvenile court proceeding where a parent is required to obtain a psychological evaluation on their minor child by LDH, the parent may be required to sign an authorization to release the evaluation report (but not the psychotherapy notes) to LDH.

You may cancel an authorization in writing at any time. LDH can not take back any uses or disclosures already made before an authorization was cancelled.

Information used or disclosed by this authorization may be re-disclosed by the recipient and will no longer be protected by LDH privacy policies.

### YOUR RIGHT TO FILE A PRIVACY COMPLAINT

You may contact the privacy office listed below if you want to file a complaint or to report a problem about how LDH has used or disclosed information about you. Your benefits will not be affected by any complaints you make. LDH cannot punish or retaliate against you for filing a complaint, cooperating in any investigation, or refusing to agree to something that you believe to be unlawful.

Your Privacy office contact is:

State of Louisiana -  Louisiana Department of Health
Office of Secretary - Privacy Office
Post Office Box 629
Baton Rouge LA 70821-0629
Email: privacy–LDH@la.gov

## INSTRUCTION AND INFORMATION SHEET FOR SF 180, REQUEST PERTAINING TO MILITARY RECORDS

**1. General Information.** The Standard Form 180, Request Pertaining to Military Records (SF 180) is used to request information from military records. Certain identifying information is necessary to determine the location of an individual's record of military service. Please try to answer each item on the SF 180. If you do not have and cannot obtain the information for an item, show "NA," meaning the information is "not available." Include as much of the requested information as you can. Incomplete information may delay response time. To determine where to mail this request see Page 2 of the SF 180 for record locations and facility addresses. Medical information may be withheld from a patient if determined that the information would be detrimental to the patient's physical or mental health or would likely cause the patient to harm himself or someone else.

Online requests may be submitted to the National Personnel Records Center (NPRC) by a veteran or deceased veteran's next-of-kin using eVetRecs at https://www.archives.gov/veterans/military-service-records/.

**2. Personnel Records/Military Human Resource Records/Official Military Personnel File (OMPF) and Medical Records/Service Treatment Records (STR).** Personnel records of military members who were discharged, retired, or died in service **LESS THAN 62 YEARS AGO** and medical records are in the legal custody of the military service department and are administered in accordance with rules issued by the Department of Defense and the Department of Homeland Security (DHS, Coast Guard). STRs of persons on active duty are generally kept at the local servicing clinic. After the last day of active duty, STRs should be requested from the appropriate address on page 2 of the SF 180 (See item 3, Archival Records, if the military member was discharged, retired or died in service more than 62 years ago).

a. Release of information: Release of information is subject to restrictions imposed by the military services consistent with Department of Defense regulations, the provisions of the Freedom of Information Act (FOIA) and the Privacy Act of 1974. The service member (either past or present) or the member's authorized legal recipient has access to almost any information contained in that member's own record. The authorization signature of the service member or the member's authorized legal recipient is needed in Section III of the SF 180. Others requesting information from military personnel records and/or STRs must have the release authorization in Section III of the SF 180 signed by the member or authorized legal recipient. If the appropriate signature cannot be obtained, only limited types of information can be provided (DoD 6025.18-R C8). If the former member is deceased, the surviving next-of-kin (NOK) may be entitled to greater access to a deceased veteran's records than a member of the general public (DoD 6025.18-R C6.2.1.2). The NOK may be any of the following: unmarried/surviving spouse, father, mother, son, daughter, sister, or brother. Requesters **MUST provide proof of death, such as the DD Form 1300, Casualty Report, a copy of a death certificate, newspaper article (obituary) or death notice, coroner's report of death, funeral director's signed statement of death, or verdict of coroner's jury.**

b. Fees for records: There is no charge for most services provided to service members or next-of-kin of deceased veterans. A nominal fee is charged for certain types of service. In most instances, service fees cannot be determined in advance. If your request involves a service fee, you will receive an invoice with your records.

**3. Archival Records.** Personnel records of military members who were discharged, retired, or died in service **62 OR MORE YEARS AGO** have been transferred to the legal custody of NARA and are referred to as "archival records".

a. Release of Information: Archival records are open to the public. The Privacy Act of 1974 does not apply to archival records, therefore, written authorization from the veteran or next-of-kin is not required. In order to protect the privacy of the veteran, his/her family, and third parties named in the records, the personal privacy exemption of the Freedom of Information Act (5 U.S.C. 552 (b) (6)) may still apply and may preclude the release of some information.

b. Fees for Archival Records: Access to archival records are granted by offering copies of the records for a fee (44 U.S.C. 2116 (c)). If a fee applies to the copies of documents in the requested record, you will receive an invoice. Copies will be sent after payment is made. For more information see https://www.archives.gov/st-louis/archival-programs/military-personnel-archival/ompf-archival-requests.html.

**4. Where reply may be sent.** The reply may be sent to the service member or any other address designated by the service member or other authorized requester. If the designated address is NOT registered to the addressee by the U.S. Postal Service (USPS), provide BOTH the addressee's name AND "in care of" (c/o) the name of the person to whom the address is registered on the NAME line in Section III, item 3, on page 1 of the SF 180. The COMPLETE address must be provided, INCLUDING any apartment/suite/unit/lot/space/etc. number. NOTE: If requester desires to send his/her record to a third party, he/she must fill out a DD Form 2870 authorizing the releasing agency to release the record and the timeframe of the authorization. The form may be downloaded using most commercial web search tools by entering "DD Form 2870" as a search term.

**5. Definitions and abbreviations.** DISCHARGED -- the individual has no current military status; SERVICE TREATMENT RECORD (STR) -- The chronology of medical, mental health, and dental care received by service members during the course of their military career (does not include records of treatment while hospitalized); TDRL -- Temporary Disability Retired List.

**6. Service completed before World War I.** National Archives Trust Fund (NATF) forms must be used to request these records. Obtain the forms by e-mail from inquire@nara.gov or write to the Code 6 address on page 2 of the SF 180.

### PRIVACY ACT OF 1974 COMPLIANCE INFORMATION

The following information is provided in accordance with 5 U.S.C. 552a(e)(3) and applies to this form. Authority for collection of the information is 44 U.S.C. 2907, 3101, and 3103, and Public Law 104-134 (April 26, 1996), as amended in title 31, section 7701. Disclosure of the information is voluntary. If the requested information is not provided, it may delay servicing your inquiry because the facility servicing the service member's record may not have all of the information needed to locate it. The purpose of the information on this form is to assist the facility servicing the records (see the address list) in locating the correct military service record(s) or information to answer your inquiry. This form is then retained as a record of disclosure. The form may also be disclosed to Department of Defense components, the Department of Veterans Affairs, the Department of Homeland Security (DHS, U.S. Coast Guard), or the National Archives and Records Administration when the original custodian of the military health and personnel records transfers all or part of those records to that agency. If the service member was a member of the National Guard, the form may also be disclosed to the Adjutant General of the appropriate state, District of Columbia, or Puerto Rico, where he or she served.

### PAPERWORK REDUCTION ACT PUBLIC BURDEN STATEMENT

Public burden reporting for this collection of information is estimated to be five minutes per request, including time for reviewing instructions and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of the collection of information, including suggestions for reducing this burden, to National Archives and Records Administration (MP), 8601 Adelphi Road, College Park, MD 20740-6001. *DO NOT SEND COMPLETED FORMS TO THIS ADDRESS.* SEND COMPLETED FORMS TO THE APPROPRIATE ADDRESS LISTED ON PAGE 2 OF THE SF 180.

Standard Form 180 (Rev. 09/2021) (Page 1)
Prescribed by NARA (36 CFR 1233.18 (d))

Authorized for local reproduction
Previous edition unusable

OMB No. 3095-0029 Expires 04/30/2024

# REQUEST PERTAINING TO MILITARY RECORDS

Requests can be submitted online using eVetRecs at https://www.archives.gov/veterans/military-service-records/
To ensure the best possible service, please thoroughly review the accompanying instructions before filling out this form.  PLEASE PRINT LEGIBLY OR TYPE BELOW.

## SECTION I - INFORMATION NEEDED TO LOCATE RECORDS *(Furnish as much information as possible.)*

| 1. NAME USED DURING SERVICE (last, first, full middle) | 2. SOCIAL SECURITY # | 3. DATE OF BIRTH | 4. PLACE OF BIRTH |
|---|---|---|---|
| | | | |

5. SERVICE, PAST AND PRESENT *(For an effective records search, it is important that ALL service be shown below.)*

| | BRANCH OF SERVICE | DATE ENTERED | DATE RELEASED | OFFICER | ENLISTED | SERVICE NUMBER (If unknown, write "unknown") |
|---|---|---|---|---|---|---|
| a. ACTIVE | | | | ☐ | ☐ | |
| b. RESERVE | | | | ☐ | ☐ | |
| c. NATIONAL GUARD | | | | ☐ | ☐ | |

6. PLEASE LIST LAST FOUR DUTY STATIONS, IF KNOWN:   1. _____
2. _____   3. _____   4. _____

7. IS THIS PERSON DECEASED?   ☐ NO   ☐ YES - *MUST provide Date of Death if veteran is deceased:* _____

8. DID THIS PERSON RETIRE FROM MILITARY SERVICE?   ☐ NO   ☐ YES

## SECTION II – INFORMATION AND/OR DOCUMENTS REQUESTED

1. CHECK THE ITEM(S) YOU ARE REQUESTING:

☐ **DD Form 214 or equivalent:** Year(s) in which form(s) issued to veteran (Date of Separation): _____
This form contains information used to verify military service. **An UNDELETED DD Form 214 is ordinarily required to determine eligibility for benefits.**  If you request a DELETED copy, the following items will be blacked out:  authority for separation, reason for separation, reenlistment eligibility code, separation   (SPD/SPN) code, and, for separations after June 30, 1979, character of separation and dates of time lost. Please note – recent veterans may be able to request a DD Form 214 through milConnect by visiting: https://www.va.gov/records/get-military-service-records/
*An UNDELETED copy will be sent UNLESS YOU SPECIFY A DELETED COPY by checking this box:* ☐ I want a **DELETED** copy.

☐ **Official Military Personnel File (OMPF):** The OMPF may include duty stations and assignments, training and qualifications, awards and decorations received, disciplinary actions, administrative remarks, enlistment and/or discharge information (including DD Form 214, Report of Separation, or equivalent), and other personnel actions. Detailed information about the veteran's participation in battles and their military engagements is NOT contained in the record.

☐ **Medical Records:** Includes health (outpatient), extended ambulatory, and dental records. If inpatient/hospitalization records are requested, please specify below.

☐ I request inpatient/hospitalization records from _____ (facility), last treated in _____ (year). (**NOTE: Fields are required**)
If available, you may receive copies of inpatient narrative summaries, operative reports, discharge summaries, etc. contained in the record.

☐ **Dental Records:** Please check this box if **ONLY** dental records are needed from the medical record.

☐ **Other (Please Specify):** _____

2. **PURPOSE:** (Providing information about the purpose of the request is **voluntary;** however, it may help to provide the best possible response and may   result in a faster reply. Information provided will in no way be used to make a decision to deny the request.)

☐ Benefits (explain)   ☐ Employment   ☐ VA Loan Programs   ☐ Medical   ☐ Genealogy   ☐ Correction   ☐ Personal   ☐ Other (explain)

Explain here: _____

## SECTION III - RETURN ADDRESS AND SIGNATURE

1. REQUESTER NAME: _____   2. RELATIONSHIP TO VETERAN: _____

3. ☐ I am the MILITARY SERVICE MEMBER OR VETERAN identified in Section 1, above.
☐ I am the DECEASED VETERAN'S NEXT-OF-KIN (**MUST submit Proof of Death.** See item 2a on instruction sheet.)

☐ I am the VETERAN'S LEGAL GUARDIAN (**MUST submit copy of Court Appointment**) or AUTHORIZED REPRESENTATIVE (**MUST submit copy of** Authorization Letter or Power of Attorney)
☐ OTHER (Specify): _____

4. SEND INFORMATION/DOCUMENTS TO:
(Please print or type. See item 4 on accompanying instructions.)

Name _____

Street Address _____ Apt. # _____

City _____ State _____ ZIP Code _____

Daytime Phone _____ Fax Number _____

Email Address _____

5. AUTHORIZATION SIGNATURE: I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the information in this Section 3 is true and correct and that I authorize the release of the requested information. *(See items 2a or 3a on the accompanying instructions sheet. Without the Authorization Signature of the veteran, next-of-kin of deceased veteran, veteran's legal guardian, authorized government agent, or other authorized representative, only limited information can be released unless the request is archival. No signature is required if the request is for archival records.)*

_____   _____
Signature Required – Do not print              Date

* This form is available at https://www.archives.gov/veterans-military-service-records/standard-form-180.pdf on the National Archives and Records Administration (NARA) web site. *

The various categories of military service records are described in the chart below. For each category there is a code number which indicates the address at the bottom of the page to which this request should be sent.  Please refer to the Instruction and Information Sheet accompanying this form as needed.

| BRANCH | CURRENT STATUS OF SERVICE MEMBER | | Personnel Record | Medical or Service Treatment Record |
|---|---|---|---|---|
| AIR FORCE | Discharged, deceased, or retired before 5/1/1994 | | 14 | 14 |
| | Discharged, deceased, or retired 5/1/1994 – 9/30/2004 | | 14 | 11 |
| | Discharged, deceased, or retired 10/1/2004 – 12/31/2013 | | 1 | 11 |
| | Discharged, deceased, or retired on or after 1/1/2014 | | 1 | 13 |
| | Active (including National Guard on active duty in the Air Force), TDRL, or general officers retired with pay | | 1 | |
| | Reserve, IRR, Retired Reserve in non-pay status, current National Guard officers not on active duty in the Air Force, or National Guard released from active duty in the Air Force | | 2 | |
| | Current National Guard enlisted not on active duty in the Air Force | | 2 | 13 |
| COAST GUARD | Discharged, deceased, or retired before 1/1/1898 | | 6 | |
| | Discharged, deceased, or retired 1/1/1898 – 3/31/1998 | | 14 | 14 |
| | Discharged, deceased, or retired 4/1/1998 – 9/30/2006 | | 14 | 11 |
| | Discharged, deceased, or retired 10/1/2006 – 9/30/2013 | | 3 | 11 |
| | Discharged, deceased, or retired on or after 10/1/2013 | | 3 | 14 |
| | Active, Reserve, Individual Ready Reserve or TDRL | | 3 | |
| MARINE CORPS | Discharged, deceased, or retired before 1/1/1895 | | 6 | |
| | Discharged, deceased, or retired 1/1/1905 – 4/30/1994 | | 14 | 14 |
| | Discharged, deceased, or retired 5/1/1994 – 12/31/1998 | | 14 | 11 |
| | Discharged, deceased, or retired 1/1/1999 - 12/31/2013 | | 4 | 11 |
| | Discharged, deceased, or retired on or after 1/1/2014 | | 4 | 8 |
| | Individual Ready Reserve | | 5 | |
| | Active, Selected Marine Corps Reserve, TDRL | | 4 | |
| ARMY | Discharged, deceased, or retired before 11/1/1912 (enlisted) or before 7/1/1917 (officer) | | 6 | |
| | Discharged, deceased, or retired 11/1/1912 – 10/15/1992 (enlisted) or 7/1/1917 – 10/15/1992 (officer) | | 14 | |
| | Discharged, deceased, or retired 10/16/1992 – 9/30/2002 | | 14 | 11 |
| | Discharged, deceased, or retired (including TDRL) 10/1/2002 – 12/31/2013 | | 7 | 11 |
| | Discharged, deceased, or retired (including TDRL) on or after 1/1/2014 | | 7 | 9 |
| | Current Soldier (Active, Reserve (including Individual Ready Reserve) or National Guard) | | 7 | |
| NAVY | Discharged, deceased, or retired before 1/1/1886 (enlisted) or before 1/1/1903 (officer) | | 6 | |
| | Discharged, deceased, or retired 1/1/1886 – 1/30/1994 (enlisted) or 1/1/1903 – 1/30/1994 (officer) | | 14 | 14 |
| | Discharged, deceased, or retired 1/31/1994 – 12/31/1994 | | 14 | 11 |
| | Discharged, deceased, or retired 1/1/1995 – 12/31/2013 | | 10 | 11 |
| | Discharged, deceased, or retired on or after 1/1/2014 | | 10 | 8 |
| | Active, Reserve, or TDRL | | 10 | |
| PHS | Public Health Service - Commissioned Corps officers only | | 12 | |

### ADDRESS LIST OF CUSTODIANS and SELF-SERVICE WEBSITES (BY CODE NUMBERS SHOWN ABOVE) – Where to write/send this form

| 1 | Air Force Personnel Center AFPC/DP2SSM 550 C Street West JBSA-Randolph TX 78150-4721 Fax: 210-565-3124 Email: DP2SSM.MILRECS.INCOMING@US.AF.MIL | 6 | National Archives & Records Administration  Research Services (RDT1R) 700 Pennsylvania Avenue NW Washington, DC 20408-0001 | 11 | Department of Veterans Affairs ATTN: Release of Information Claims Intake Center P.O. Box 4444 Janesville, WI 53547-4444 Fax: 844-531-7818 https://www.va.gov |
| 2 | Air Reserve Personnel Center Total Force Service Center: 1-800-525-0102 https://mypers.af.mil/ | 7 | US Army Human Resources Command's web page: https://www.hrc.army.mil/content/1113 or 1-888-ARMYHRC (1-888-276-9472) | 12 | Division of Commissioned Corps Officer Support ATTN:  Records Officer 1101 Wootton Parkway, Plaza Level, Suite 100 Rockville, MD  20852 |
| 3 | Commander,  Personnel Service Center (BOPS-C-MR) MS7200 US Coast Guard 2703 Martin Luther King Jr Ave SE Washington, DC 20593-7200 https://www.dcms.uscg.mil/ompf | 8 | Navy Medicine Records Activity (NMRA)  BUMED Detachment St. Louis 4300 Goodfellow Boulevard, Building 103  St. Louis, MO 63120 Fax number: 314-260-8128 | 13 | AF STR Processing Center ATTN: Release of Information 3370 Nacogdoches Road, Suite 116 San Antonio, TX  78217 |
| 4 | Headquarters U.S. Marine Corps Manpower Management Records & Performance (MMRP-10) 2008 Elliot Road Quantico, VA  22134-5030 SMB.MANPOWER.MMRP-10@usmc.mil | 9 | AMEDD Army Record Processing Center 3370 Nacogdoches Road, Suite 116 San Antonio, TX  78217 Fax Number: 210-201-8310 | 14 | National Personnel Records Center (Military Personnel Records) 1 Archives Drive St. Louis, MO 63138-1002 https://www.archives.gov/veterans/military-service-records/ |
| 5 | Marine Corps Forces Reserve 2000 Opelousas Avenue New Orleans, LA  70114 | 10 | Navy Personnel Command (PERS-313) 5720 Integrity Drive Millington, TN 38055-3130 | | |

Page 1 of 2

The Centers for Medicare & Medicaid Services (CMS) is the federal agency that oversees the Medicare program. Many Medicare beneficiaries have other insurance in addition to their Medicare benefits. Sometimes, Medicare is supposed to pay after the other insurance. However, if certain other insurance delays payment, Medicare may make a "conditional payment" so as not to inconvenience the beneficiary, and recover after the other insurance pays.

Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 (MMSEA), a new federal law that became effective January 1, 2009, requires that liability insurers (including self-insurers), no-fault insurers, and workers' compensation plans report specific information about Medicare beneficiaries who have other insurance coverage. This reporting is to assist CMS and other insurance plans to properly coordinate payment of benefits among plans so that your claims are paid promptly and correctly.

We are asking you to the answer the questions below so that we may comply with this law.

**Please review this picture of the Medicare card to determine if you have, or have ever had, a similar Medicare card.**



Section I

| Are you presently, or have you ever been, enrolled in Medicare Part A or Part B? | | | | | | | | | | | | | ☐Yes | ☐No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*If yes, please complete the following. If no, proceed to Section II.*

**Full Name:** *(Please print the name exactly as it appears on your SSN or Medicare card if available.)*

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| **Medicare Claim Number:** | | | | | | | | | **Date of Birth** **(Mo/Day/Year)** | | | | - | | | - | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| **\*\*Social Security Number:** *(If Medicare Claim Number is Unavailable)* | | | | - | | | - | | | | **Sex** | ☐Female | | ☐Male |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

\*\*Note: If you are uncomfortable with providing your full Social Security Number (SSN), you have the option to provide the last 5 digits of your SSN in the section above.

Section II

I understand that the information requested is to assist the requesting insurance arrangement to accurately coordinate benefits with Medicare and to meet its mandatory reporting obligations under Medicare law.

_____          _____
Claimant Name (Please Print)                        Claim Number


_____
Name of Person Completing This Form If Claimant is Unable (Please Print)


_____          _____
Signature of Person Completing This Form        Date

*If you have completed Sections I and II above, stop here. If you are refusing to provide the information requested in Sections I and II, proceed to Section III.*

Section III

_____          _____
**Claimant Name (Please Print)**          **Claim Number**

For the reason(s) listed below, I have not provided the information requested. I understand that if I am a Medicare beneficiary and I do not provide the requested information, I may be violating obligations as a beneficiary to assist Medicare in coordinating benefits to pay my claims correctly and promptly.

Reason(s) for Refusal to Provide Requested Information:

_____

_____

_____

_____

_____          _____
**Signature of Person Completing This Form**          **Date**

Social Security Administration
## Consent for Release of Information

Form Approved
OMB No. 0960-0566

---

### Instructions for Using this Form

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company).  If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records.  We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE:** Do not use this form to:

- Request the release of medical records on behalf of a minor child.  Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or

- Request detailed information about your earnings or employment history.  Instead, complete and mail form SSA-7050-F4.  You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

### How to Complete this Form

We will not honor this form unless all required fields are completed.  An asterisk (*) indicates a required field.  Also, we will not honor blanket requests for "any and all records" or the "entire file."  You must specify the information you are requesting and you must sign and date this form.  We may charge a fee to release information for non-program purposes.

- Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.

- Fill in the name and address of the person or organization where you want us to send the requested information.

- Specify the reason you want us to release the information.

- Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.

- For non-medical information, you, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.

- If you are not the individual to whom the requested information pertains, state your relationship to that person.  We may require proof of relationship.

### PRIVACY ACT STATEMENT

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form.  We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party.  You do not have to provide the requested information.  Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent.  We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information.  However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1.To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2.To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3.To comply with Federal laws requiring the disclosure of the information from our records; and,
4.To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer.  Computer matching programs compare our records with those of other Federal, State, or local government agencies.  We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs. Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

### PAPERWORK REDUCTION ACT STATEMENT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number.  We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.  You can find your local Social Security office through SSA's website at** www.socialsecurity.gov.  **Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TTY 1-800-325-0778).**  You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. ***Send underlined only comments relating to our time estimate to this address, not the completed form.***

---

**Form SSA-3288** (11-2016) uf
Destroy Prior Editions

Social Security Administration

**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. *(\*Signifies a required field. \*\*Please complete these fields in case we need to contact you about the consent form).*

**TO:  Social Security Administration**

| | | |
|---|---|---|
| **\*My Full Name** | **\*My Date of Birth (MM/DD/YYYY)** | **\*My Social Security Number** |

I authorize the Social Security Administration to release information or records about me to:

**\*NAME OF PERSON OR ORGANIZATION:**                 **\*ADDRESS OF PERSON OR ORGANIZATION:**

**\*I want this information released because:** _____

 We may charge a fee to release information for non-program purposes.

**\*Please release the following information selected from the list below:**

 **Check at least one box. We will not disclose records unless you include date ranges where applicable.**

1. ☐ Verification of Social Security Number
2. ☐ Current monthly Social Security benefit amount
3. ☐ Current monthly Supplemental Security Income payment amount
4. ☐ My benefit or payment amounts from date _____ to date _____
5. ☐ My Medicare entitlement from date _____ to date _____
6. ☐ Medical records from my claims folder(s) from date_____ to date_____

 If you want us to release a minor child's medical records, do not use this form.  Instead, contact your local Social Security office.

7. ☐ Complete medical records from my claims folder(s)
8. ☐ Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must specify other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires, doctor reports, determinations.)

**I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.**

**\*Signature:** _____   **\*Date:** _____

**\*\*Address:** _____   **\*\*Daytime Phone:** _____

**Relationship (if not the subject of the record):** _____   **\*\*Daytime Phone:** _____

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

Form SSA-3288 (11-2016) uf

Form **SSA-7050-F4** (02-2021)
Discontinue Prior Editions
Social Security Administration

Page 1 of 4
OMB  No. 0960-0525

## REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

*Use This Form If You Need

1. **Certified/Non-Certified Detailed Earnings Information**
   Includes periods of employment or self-employment
   and the names and addresses of employers.

2. **Certified Yearly Totals of Earnings**
   Includes total earnings for each year but does not
   include the names and addresses of employers.

> DO NOT USE THIS FORM TO REQUEST
> YEARLY EARNINGS TOTALS
>
> Yearly earnings totals are free to the public
> if you do not require certification.
>
> To obtain FREE yearly totals of earnings,
> visit our website at www.ssa.gov/myaccount.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Section 205 of the Social Security Act, as amended, allows us to collect this information. In addition, the Budget and Accounting Act of 1950 and Debt Collection Act of 1982 authorize us to collect credit card information, if you choose to pay for the earnings information you have requested with a credit card. Furnishing us this information is voluntary. However, failing to provide all or part of the information may prevent us from processing your request.

We will use the information to identify your records, process your request, and send the earnings information you request. We may also share the information for the following purposes, called routine uses:

1. To the Internal Revenue Service (IRS) for auditing SSA's compliance with the safeguard provisions of the Internal Revenue Code of 1986, as amended.

2. To contractors and other Federal agencies, as necessary, for the purpose of, assisting the Social Security Administration (SSA) in the efficient administration of its programs.

3. To banks enrolled in the Treasury credit card network to collect a payment or debt when the individual has given his/her credit card number for this purpose.

In addition, we may share this information in accordance with the Privacy Act and other Federal laws. For example, where authorized, we may use and disclose this information in computer matching programs, in which our records are compared with other records to establish or verify a person's eligibility for Federal benefit programs and for repayment of incorrect or delinquent debts under these programs.

A list of additional routine uses is available in our Privacy Act System of Records Notices (SORNs) 60-0059, entitled Earnings Recording and Self-Employment Income System, 60-0090, entitled Master Beneficiary Record, 60-0224, entitled SSA-Initiated Personal Earnings and Benefit Estimate Statement, and 60-0231, entitled Financial Transactions of SSA Accounting and Finance Offices. Additional information and a full listing of all our SORNs are available on our website at www.socialsecurity.gov/foia/bluebook.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 11 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.

Form **SSA-7050-F4** (02-2021)                                                                 Page 2 of 4

# REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

1. Provide your name as it appears on your most recent Social Security card or the name of the individual whose earnings you are requesting.

First Name: [                    ]   Middle Initial: [   ]

Last Name: [                    ]

Social Security Number (SSN) [   ] [   ] [   ]   One SSN per request

Date of Birth: _____   Date of Death: _____

Other Name(s) Used
Maiden Name

2. What kind of earnings information do you need? (Choose **ONE** of the following types of earnings or SSA must return this request.)

☐ **Itemized Statement of Earnings $92.00**

   (Includes the names and addresses of employers)

   If you check this box, tell us why you need this information below.

Year(s) Requested: [    ] to [    ]

Year(s) Requested: [    ] to [    ]

☐ Check this box if you want the earnings information **CERTIFIED** for an additional $30.00 fee.

☐ **Certified Yearly Totals of Earnings $30.00**

   (Does not include the names and addresses of employers)Yearly earnings totals are FREE to the public if you do not require certification. To obtain FREE yearly totals of earnings, visit our website at www.ssa.gov/myaccount.

Year(s) Requested: [    ] to [    ]

Year(s) Requested: [    ] to [    ]

3. If you would like this information **sent to someone else**, please fill in the information below.

   I authorize the Social Security Administration to release the earnings information to:

Name

| Address | State |
|---|---|

| City | ZIP Code |
|---|---|

4. I am the individual to whom the record pertains (or a person authorized to sign on behalf of that individual). I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.

| **Signature AND Printed Name of Individual or Legal Guardian** | *SSA must receive this form within 120 days from the date signed* |
|---|---|
| | Date |

| Relationship (if applicable, you must attach proof) | Daytime Phone: |
|---|---|

| Address | State |
|---|---|

| City | ZIP Code |
|---|---|

Witnesses must sign this form ONLY if the above signature is by marked (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address *(Number and Street, City, State and ZIP Code)* | Address *(Number and Street, City, State and ZIP Code)* |

Form **SSA-7050-F4** (02-2021)

## REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

### INFORMATION ABOUT YOUR REQUEST

You may use this form to request earnings information for one ONE Social Security Number (SSN)

### How do I get my earnings statement?

You must complete the attached form. Tell us the specific years of earnings you want, type of earnings record, and provide your mailing address. The itemized statement of earnings will be mailed to ONE address, therefore, if you want the statement sent to someone other than yourself, provide their address in section 3. Mail the completed form to SSA within 120 days of signature. If you sign with an "X", your mark must be witnessed by two impartial persons who must provide their name and address in the spaces provided. Select **ONE** type of earnings statement and include the appropriate fee.

#### 1. Certified/Non-Certified Itemized Statement of Earnings

This statement includes years of self-employment or employment and the names and addresses of employers.

#### 2. Certified Yearly Totals of Earnings

This statement includes the total earnings for each year requested but *does not* include the names and addresses of employers.

If you require one of each type of earnings statement, you must complete two separate forms. Mail each form to SSA with one form of payment attached to each request.

### How do I get someone else's earnings statement?

You may get someone else's earnings information if you meet one of the following criteria, attach the necessary documents to show your entitlement to the earnings information and include the appropriate fee.

#### 1. Someone Else's Earnings

The natural or adoptive parent or legal guardian of a minor child, or the legal guardian of a legally declared incompetent individual, may obtain earnings information if acting in the best interest of the minor child or incompetent individual. You must include proof of your relationship to the individual with your request. The proof may include a birth certificate, court order, adoption decree, or other legally binding document.

#### 2. A Deceased Person's Earnings

You can request earnings information from the record of a deceased person if you are:
• The legal representative of the estate;
• A survivor (that is, the spouse, parent, child, divorced spouse of divorced parent); or
• An individual with a material interest (e.g., financial) who is an heir at law, next of kin, beneficiary under the will or donee of property of the decedent.

You must include proof of death and proof of your relationship to the deceased with your request.

### Is There A Fee For Earnings Information?

Yes. We charge a $92.00 fee for providing information for purposes unrelated to the administration of our programs.

#### 1. Certified or Non-Certified Itemized Statement of Earnings

In most instances, individuals request Itemized Statements of Earnings for purposes unrelated to our programs such as a private pension plan or personal injury suit. Bulk submitters may email OCO.Pension.Fund@ssa.gov for an alternate method of obtaining itemized earnings information.

We will **certify** the itemized earnings information for an additional $30.00 fee. Certification is usually not necessary unless you are specifically requested to obtain a certified earnings record.

Sometimes, there is no charge for itemized earnings information.  If you have reason to believe your earnings are not correct (for example, you have previously received earnings information from us and it does not agree with your records), we will supply you with more detail for the year(s) in question.  Be sure to show the year(s) involved on the request form and explain why you need the information. If you do not tell us why you need the information, we will charge a fee.

#### 2. Certified Yearly Totals of Earnings

We charge $30.00 to certify yearly totals of earnings. However, if you do not want or need certification, you may obtain yearly totals *FREE* of charge at www.ssa.gov/myaccount.  Certification is usually not necessary unless you are advised specifically to obtain a certified earnings record.

### Method of Payment
**This Fee Is Not Refundable. DO NOT SEND CASH.**

You may pay by credit card, check or money order.
• Credit Card Instructions
Complete the credit card section on page 4 and return it with your request form.

• Check or Money Order Instructions
Enclose one check or money order per request form payable to the Social Security Administration and write the Social Security number in the memo.

### How long will it take SSA to process my request?

Please allow SSA 120 days to process this request. After 120 days, you may contact 1-800-772-1213 to leave an inquiry regarding your request.

Form **SSA-7050-F4** (02-2021)

# REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

- **Where do I send my complete request?**

| Mail the completed form, supporting documentation, and applicable fee to: | If using private contractor such as FedEx mail form, supporting documentation, and application fee to: |
|---|---|
| **Social Security Administration**<br>P.O. Box 33011<br>Baltimore, Maryland 21290-33011 | **Social Security Administration**<br>P.O. Box 33011<br>Baltimore, Maryland 21290-33011 |

- **How much do I have to pay for an Itemized Statement of Earnings?**

| **Non-Certified** Itemized Statement of Earnings | **Certified** Itemized Statement of Earnings |
|---|---|
| $92.00 | $122.00 |

- **How much do I have to pay for Certified Yearly Totals of Earnings?**

Certified yearly totals of earnings cost $30.00.  You may obtain non-certified yearly totals <u>FREE</u> of charge at <u>www.ssa.gov/myaccount</u>.  Certification is usually not necessary unless you are specifically asked to obtain a certified earnings record.

## YOU CAN MAKE YOUR PAYMENT BY CREDIT CARD

As a convenience, we offer you the option to make your payment by credit card.  However, regular credit card rules will apply.  You also pay by check or money order.  Make check payable to Social Security Administration.

| CHECK ONE | ☐ Visa ☐ MasterCard | ☐ American Express ☐ Discover |
|---|---|---|
| Credit Card Holder's Name<br>(Enter the name from the credit card) | First Name, Middle Initial, Last Name | |
| Credit Card Holder's Address | Number & Street<br><br>City, State, & ZIP Code | |
| Daytime Telephone Number | Area Code | |
| Credit Card Number | | |
| Credit Card Expiration Date | (MM/YY) | |
| Amount Charged<br>See above to select the correct fee for your request.<br>Applicable fees are $30.00, $92.00, or $122.00.<br>SSA will return forms without the appropriate fee. | $ | |
| Credit Card Holder's Signature | Date | |

| **DO NOT WRITE IN THIS SPACE**<br>**OFFICE USE ONLY** | Authorization | |
|---|---|---|
| | Name | Date |
| | Remittance Control # | |